UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RENA LEVI,

    Plaintiff,

  v.

METROPOLITAN LIFE INSURANCE COMPANY, et al.,

    Defendants.

Case No. 15-cv-00518-JST

**SCHEDULING ORDER AND ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT**

At today's Case Management Conference, the parties to this case requested that the matter be referred to a randomly assigned Magistrate Judge for settlement, and that the Court order a settlement conference to be held within ninety days of the date of the request.

Accordingly, the Court hereby refers this case to a Magistrate Judge for a settlement conference, which shall be held by September 18, 2015. The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed. After a Magistrate Judge has been assigned, all matters related to settlement shall be filed pursuant to that Judge's procedures.

The Court hereby also sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to add parties or amend the pleadings | 4/1/15[1] |

---

[1] This deadline having already passed, amendment of a pleading will require a showing of good cause.

| Event | Deadline |
|---|---|
| Deadline to file motion to compel discovery | 11/7/15 |
| Deadline to file cross-motions for judgment under Rule 52 of the F.R.C.P. | 3/17/16 |
| Opposition briefs due | 3/31/16 |
| Reply briefs due | 4/14/16 |
| Bench trial | 5/2/16 at 2:00 p.m. |

The bench trial will proceed as a motion hearing.

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

IT IS SO ORDERED.

Dated: May 20, 2015

_____
JON S. TIGAR
United States District Judge