LAW OFFICES OF LAWRENCE MANN
LAWRENCE MANN  Bar No. 83698
larrymann@TheDisabilityInsuranceSite.com
259 Oak Street
San Francisco, CA  94102
Telephone:    415.522.7707
Facsimile:    415.552.7743

Attorneys for Plaintiff
RENA LEVI

SEDGWICK LLP
MARK J. HANCOCK  Bar No. 160662
mark.hancock@sedgwicklaw.com
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sedgwicklaw.com
ERIN A. CORNELL  Bar No. 227135
erin.cornell@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA  94104-2834
Telephone:    415.781.7900
Facsimile:    415.781.2635

Attorneys for Defendants
METROPOLITAN LIFE INSURANCE COMPANY and SUTTER HEALTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENA LEVI,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY and SUTTER HEALTH,<br><br>　　　　　　　Defendants. | Case No. 3:15-CV-00518 JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO CHANGE DATE OF SETTLEMENT CONFERENCE**<br><br>Current Date:　　　August 10, 2015<br>Requested Date:　　August 28, 2015<br><br>Honorable Kandis A. Westmore |

20314521v1

STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT CONFERENCE

Plaintiff Rena Levi ("plaintiff") and defendants Metropolitan Life Insurance Company ("MetLife") and Sutter Health ("Sutter") (collectively "defendants"), through their respective attorneys, hereby stipulate and respectfully request as follows:

WHEREAS, on June 1, 2015, the Court set a Settlement Conference before the Honorable Kandis A. Westmore, to take place on August 10, 2015 (ECF No. 27); and

WHEREAS, defendants' client representative is unavailable to attend a Settlement Conference on August 10, 2015; and

WHEREAS, plaintiff and defendants are available for a Settlement Conference on August 28, 2015.

Therefore, the parties respectfully request that the Court continue the Settlement Conference to August 28, 2015 at 10:00 a.m., at the U.S. District Court, 1301 Clay Street, Oakland, California.

SO STIPULATED, AGREED AND RESPECTFULLY REQUESTED:

DATED: June 12, 2015            LAW OFFICES OF LAWRENCE MANN

                                By: /s/ *Lawrence Mann* (as authorized on 6/12/2015)
                                    Lawrence Mann
                                    Attorneys for Plaintiff
                                    RENA LEVI

DATED: June 12, 2015            SEDGWICK LLP

                                By: /s/ *Erin A. Cornell*
                                    Mark J. Hancock
                                    Erin A. Cornell
                                    Attorneys for Defendants
                                    METROPOLITAN LIFE INSURANCE COMPANY and
                                    SUTTER HEALTH

20314521v1

2

STIPULATION AND [PROPOSED] ORDER RE SETTLEMENT CONFERENCE

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the Settlement Conference, presently set for August 10, 2015, is continued to August 28, 2015, at 10:00 a.m., at the U.S. District Court, 1301 Clay Street, Oakland, California, 94612.

IT IS SO ORDERED.

DATED:  6/15/15

_____
HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE