UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENA LEVI,<br><br>       Plaintiff,<br><br>   v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, et al.,<br><br>       Defendants. | Case No.  15-cv-00518-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL** |

On August 28, 2015, the parties participated in a settlement conference before Judge Westmore and settled the case. See ECF No. 31. Accordingly, all deadlines and hearings in this case are VACATED. By December 1, 2015, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to file one.

The Court also hereby SETS a case management conference on January 6, 2016, which will be automatically vacated if the stipulation of dismissal is timely filed.

Any continuance of the deadlines set in this Order requires a showing of good cause. Failure to comply with those deadlines may result in sanctions.

IT IS SO ORDERED.

Dated: September 10, 2015

_____
JON S. TIGAR
United States District Judge