UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENA LEVI,<br><br>      Plaintiff,<br><br>  v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, et al.,<br><br>      Defendants. | Case No.  15-cv-00518-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 33 |

On October 19, 2015, the parties filed a stipulation of dismissal. ECF No. 33. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: October 19, 2015

_____
JON S. TIGAR
United States District Judge